AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

AUG 1 7 2020

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| ANTONIO PILIER DIAZ     (01) | ) |
| IYON AMERE JACKSON  (02) | ) |
| | ) |
| _____ | ) |
| Defendant(s) | ) |

Case No.

2:20-MJ-119

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 15, 2020 _____ in the county of _____ Potter _____ in the

_____ Northern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B)(ii) | Possess with Intent to Distribute 500 Grams or More of Cocaine. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

John Carson, DEA SA
_____
Printed name and title

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

Date: _____ 08/17/2020 _____

_____
Judge's signature

City and state:  Amarillo, TX.

Lee Ann Reno, U.S. Magistrate Judge
_____
Printed name and title

No. 2:20-MJ-119

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT</u>

I, John Carson, being duly sworn, depose and state:

I.   I am a Special Agent assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been so employed for three (3) years with the Drug Enforcement Administration. As part of my duties as a Special Agent, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(I).

2.  This affidavit is made in support of a complaint and arrest warrant for Antonio PILIER DIAZ and Iyon Amere JACKSON.  I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3.  On August 15, 2020 at approximately 6:00 a.m. Amarillo Police Department K-9 Officer Caleb McCarrell was conducting criminal interdiction at the Greyhound bus maintenance barn located at 400 S. Monroe, Amarillo, Texas. Officer McCarrell with permission of a Greyhound bus driver utilized his drug detecting canine to conduct a free air sniff of the checked luggage on the bus in luggage compartment. Officer McCarrell's drug detecting canine alerted to the odor of narcotics emitting from a blue locked suitcase.

4. Officer McCarrell began a probable cause search of the blue suitcase and located  four (4) rectangle shaped duct taped bundles of a white powdery substance. The substance field tested positive for cocaine. The baggage tag on the suitcase had the name Antonio PILIER. Task Force Officer Randy Mincher and Special Agent (SA) John Carson responded to assist in the investigation. When passengers boarded the bus at the passenger terminal, the driver of the bus identified Antonio PILIER by name. Iyon JACKSON and another female admitted to traveling with PILIER and all were detained.

5.  During mirandized interviews both JACKSON and PILIER DIAZ admitted to being paid for this trip and admitted that they knew illegal contraband was in the suitcase.

6. The four bundles weighed 4.8 kilograms. This quantity of cocaine is consistent with distribution as opposed to someone's personal use.

_____
John Carson
DEA Special Agent

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

8/17/20                          at  Amarillo, Tx
_____          _____
Date                                              City and State

Lee Ann Reno  U.S. Magistrate Judge          _____
Name and Title of Judicial Officer               Signature of Judicial Officer

Meredith Pinkham
Assistant United States Attorney